*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00295-CV

Greg A. **MEUTH**, Malissa K. Meuth, and Greg Meuth Auto Sales
d/b/a Quality Care Auto d/b/a Meuth Auto Sales,
Appellants

v.

Charles **PASTORINO** and Transwest Texas,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-09678
Honorable Gloria Saldana, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:    July 9, 2008

DISMISSED

Before the court is appellants' motion for voluntary dismissal. Appellants' motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed against the appellants. *See id.* at (d).

PER CURIAM